CO-386-online
10/03

# United States District Court
# For the District of Columbia

NET RESULTS GROUP, INC.  )
32 Wine Street,          )
Hampton, VA 23669        )
                         )
           Plaintiff     )    Civil Action No._____
     vs                  )
                         )
TRAVELERS EXPRESS COMPANP, INC. )
t/a MONEYGRAM            )
1550 Utica Avenue South, )
St. Louis Park, MN   Defendant )
    55416

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Net Results, Inc._____ which have any outstanding securities in the hands of the public:

   NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

413373
BAR IDENTIFICATION NO.

Richard O. Wolf
Print Name

1750 Tysons Boulevard, Suite 1450
Address

McLean, VA 22102-4225
City        State       Zip Code

703-506-2050
Phone Number