UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NET RESULTS GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAVELERS EXPRESS COMPANY, INC., )<br>t/a MONEYGRAM, )<br>)<br>Defendant. )<br>) | Case No. 1:06CV01000 (CKK)<br>Case Type:  Contract |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Eric L. Yaffe as counsel in this case for Defendant Travelers Express Company, Inc. t/a MoneyGram.

Dated: September 19, 2006.

By /s/ Eric L. Yaffe
Eric L. Yaffe (#439750)
GRAY, PLANT, MOOTY
MOOTY & BENNETT, P.A.
2600 Virginia Avenue, Northwest
Suite 1111
Washington, DC 20037
Telephone:   (202) 295-2200
Facsimile:   (202) 295-2250

Kathryn J. Bergstrom (MN#218431)
GRAY, PLANT, MOOTY
MOOTY & BENNETT, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3015

ATTORNEYS FOR DEFENDANT

## PROOF OF SERVICE

I hereby certify that on this 19th day of September, 2006, a copy of the foregoing **NOTICE OF APPEARANCE** was sent via facsimile and first-class mail, postage prepaid, upon:

Richard O. Wolf
Moore & Lee, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225

Attorney for Plaintiff

/s/ Eric L. Yaffe_____