UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NET RESULTS GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAVELERS EXPRESS COMPANY, INC., )<br>t/a MONEYGRAM, )<br>)<br>Defendant. ) | Case No. 1:06CV01000 (CKK)<br>Case Type: Contract |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Travelers Express Company, Inc. now known as MoneyGram Payment Systems, Inc. hereby respectfully requests an extension of time until and including September 19, 2006, in which to file its answer or otherwise plead in response to the Complaint filed by Plaintiff Net Results Group, Inc. in the above-captioned case. An Order Upon Consent is attached.

Dated: September 19, 2006.

By /s/ Eric L. Yaffe
Eric L. Yaffe (#439750)
GRAY, PLANT, MOOTY
MOOTY & BENNETT, P.A.
2600 Virginia Avenue, Northwest
Suite 1111
Washington, DC 20037
Telephone:   (202) 295-2200
Facsimile:   (202) 295-2250

Kathryn J. Bergstrom (MN#218431)
GRAY, PLANT, MOOTY
MOOTY & BENNETT, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3015

ATTORNEYS FOR DEFENDANT

## PROOF OF SERVICE

I hereby certify that on this 19th day of September, 2006, a copy of the foregoing **DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was sent via facsimile and first-class mail, postage prepaid, upon:

Richard O. Wolf
Moore & Lee, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225

Attorney for Plaintiff

/s/ Eric L. Yaffe