UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NET RESULTS GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAVELERS EXPRESS COMPANY, INC., )<br>t/a MONEYGRAM, )<br>)<br>Defendant. )<br>) | Case No. 1:06CV01000 (CKK)<br>Case Type: Contract |

## DEFENDANT'S MEMORANDUM IN SUPPORT OF
## ITS UNOPPOSED MOTION FOR AN EXTENSION OF TIME
## TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Travelers Express Company, Inc. now known as MoneyGram Payment Systems, Inc. ("MoneyGram") hereby respectfully requests an extension of time until and including September 19, 2006, in which to file an answer or otherwise respond to the Complaint filed by Plaintiff Net Result Group, Inc. ("Net Results") in the above-captioned case. As support, Defendant MoneyGram states as follows.

On August 16, 2006, Plaintiff attempted to serve MoneyGram with a Summons and Complaint. The Complaint was handed to Erin Egesdal, a compliance and security analyst at MoneyGram, who is not an officer, managing agent, or agent authorized to accept service on behalf of MoneyGram.

On August 29, 2006, counsel for Net Results agreed to an extension of time until and including September 19, 2006 for MoneyGram to answer or otherwise respond in this action.

For the reasons stated herein, Defendant respectfully requests that the Court grant this Motion and provide Defendant until and including September 19, 2006, to answer or otherwise respond to the Complaint.

Dated: September 19, 2006.    By /s/ Eric L. Yaffe
    Eric L. Yaffe (#439750)
    GRAY, PLANT, MOOTY
    MOOTY & BENNETT, P.A.
    2600 Virginia Avenue, Northwest
    Suite 1111
    Washington, DC 20037
    Telephone:  (202) 295-2200
    Facsimile:  (202) 295-2250

    Kathryn J. Bergstrom (MN#218431)
    GRAY, PLANT, MOOTY
    MOOTY & BENNETT, P.A.
    500 IDS Center
    80 South Eighth Street
    Minneapolis, Minnesota 55402
    Telephone: (612) 632-3015

    **ATTORNEYS FOR DEFENDANT**

## PROOF OF SERVICE

I hereby certify that on this 19th day of September, 2006, a copy of the foregoing

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

was sent via facsimile and first-class mail, postage prepaid, upon:

Richard O. Wolf
Moore & Lee, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225

Attorney for Plaintiff

/s/ Eric L. Yaffe