UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NET RESULTS GROUP, INC., )
                                 Plaintiff, )   Case No. 1:06CV01000 (CKK)
                                        )   Case Type: Contract
         v. )
TRAVELERS EXPRESS COMPANY, INC., )
t/a MONEYGRAM, )
                               Defendant. )

### ORDER UPON CONSENT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Net Results Group, Inc. and Defendant Travelers Express Company, Inc. t/a MoneyGram that Defendant shall have through September 19, 2006 to answer or otherwise respond to the Complaint in this action.

Respectfully submitted,

By /s/ Richard O. Wolf
   Richard O. Wolf (#413373)
   Moore & Lee, LLP
   1750 Tysons Blvd., Suite 1450
   McLean, VA 22102-4225
   Telephone: (703) 506-2050
   Facsimile: (703) 506-2051

ATTORNEY FOR PLAINTIFF

Dated: September 19, 2006.

By /s/ Eric L. Yaffe
   Eric L. Yaffe (#439750)
   GRAY, PLANT, MOOTY
   MOOTY & BENNETT, P.A.
   2600 Virginia Avenue, Northwest
   Suite 1111
   Washington, DC 20037
   Telephone: (202) 295-2200
   Facsimile: (202) 295-2250

   Kathryn J. Bergstrom (MN#218431)
   GRAY, PLANT, MOOTY
   MOOTY & BENNETT, P.A.
   500 IDS Center
   80 South Eighth Street
   Minneapolis, Minnesota 55402
   Telephone: (612) 632-3015

ATTORNEYS FOR DEFENDANT

Dated: September 19, 2006.

Based upon the stipulation and agreement of the parties herein, the Court signs and enters this Order.

SIGNED AND ENTERED this ___ day of _____, 2006.

_____
United States District Judge

GP:2001828 v1

## PROOF OF SERVICE

I hereby certify that on this 19th day of September, 2006, a copy of the foregoing **ORDER UPON CONSENT** was sent via facsimile and first-class mail, postage prepaid, upon:

Richard O. Wolf
Moore & Lee, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225

Attorney for Plaintiff

/s/ Eric L. Yaffe