UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NET RESULTS GROUP, INC.,       )
                                 )
          Plaintiff,        )          Case No. 1:06CV01000 (CKK)
                                 )          Case Type:  Contract
      v.                    )
                                 )
TRAVELERS EXPRESS COMPANY, INC., )
t/a MONEYGRAM,             )
                                 )
          Defendant.     )
                                 )

## MOTION TO DISMISS

Plaintiff hereby moves for dismissal of this action pursuant to Federal Rule of Civil

Procedure 12(b)(3), 12(b)(5),  and/or the doctrine of forum non conveniens.  In support thereof,

Defendant submits the accompanying Memorandum of Law, Affidavit of Carolyn Anderson and

Affidavit of Eric Yaffe.

Dated: September 19, 2006.          By /s/ Eric L. Yaffe_____
                                 Eric L. Yaffe (#439750)
                                 GRAY, PLANT, MOOTY
                                 MOOTY & BENNETT, P.A.
                                 2600 Virginia Avenue, Northwest
                                 Suite 1111
                                 Washington, DC 20037
                                 Telephone:   (202) 295-2200
                                 Facsimile:   (202) 295-2250

                               Kathryn J. Bergstrom (MN#218431)
                               GRAY, PLANT, MOOTY
                               MOOTY & BENNETT, P.A.
                               500 IDS Center
                               80 South Eighth  Street
                               Minneapolis, Minnesota 55402
                               Telephone: (612) 632-3015

                               ATTORNEYS FOR DEFENDANT

## PROOF OF SERVICE

I hereby certify that on this 19th day of September, 2006, a copy of the foregoing

**DEFENDANT'S MOTION TO DISMISS** was sent via facsimile and first-class mail, postage

prepaid, upon:

Richard O. Wolf
Moore & Lee, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225

Attorney for Plaintiff

/s/ Eric L. Yaffe_____

GP:2001801 v1