UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NET RESULTS GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:06CV01000 (CKK) |
| | ) | Case Type: Contract |
| v. | ) | |
| | ) | |
| TRAVELERS EXPRESS COMPANY, INC., | ) | |
| t/a MONEYGRAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AFFIDAVIT OF CAROLYN ANDERSON
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

CAROLYN ANDERSON, being duly sworn, upon oath, deposes and states as follows:

1. I am a Vice-President and Associate General Counsel for MoneyGram International, Inc. ("MoneyGram"). Travelers Express Company, Inc. was a wholly-owned subsidiary of MoneyGram, and has merged into another MoneyGram affiliate, MoneyGram Payment Systems, Inc.

2. I submit this affidavit in Support of MoneyGram's Motion to Dismiss.

3. On August 16, 2006, Plaintiff attempted to serve MoneyGram with a Summons and Complaint. The Complaint was handed to Erin Egesdal, a compliance and security analyst at MoneyGram. Ms. Egesdal is not an officer, managing agent, or agent authorized to accept service on behalf of MoneyGram.

FURTHER AFFIANT SAYETH NOT

_____
Carolyn Anderson

Sworn to before me this 14th day of September, 2006.

_____
Notary Public

PHILLIP W. BOHL
Notary Public
Minnesota
My Commission Expires January 31, 2010
GP 19968