UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NET RESULTS GROUP, INC.,       )
                              )
              Plaintiff,     )      Case No. 1:06CV01000 (CKK)
                              )      Case Type: Contract
       v.                   )
                              )
TRAVELERS EXPRESS COMPANY, INC., )
t/a MONEYGRAM,           )
                              )
              Defendant.    )
                              )

## AFFIDAVIT OF ERIC L. YAFFE
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

DISTRICT OF COLUMBIA     ) ss.

ERIC YAFFE, being duly sworn, upon oath, deposes and states as follows:

1.    I am an attorney at the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., which represents Defendant in this matter.

2.    I submit this affidavit in Support of Defendant's Motion to Dismiss.

3.    Attached hereto as Exhibit A is a true and correct copy of the unpublished opinion in *L & L Construction Associates, Inc. v. Slattery Skanska, Inc.,* No. Civ. 05-1289, 2006 WL 1102814 (D.D.C. March 31, 2006).

4.    Attached hereto as Exhibit B is a true and correct copy of the unpublished opinion in *National Development Corp. v. Fenetres MQ, Inc.,* No. Civ. 98-618(TFH), 1998 WL 34313581 (D.D.C. June 26, 1998).

5.    Attached hereto as Exhibit C is a true and correct copy of the unpublished

opinion in *Best Buy Co., Inc. v. Onkyo U.S.A. Corp.*, No. 4-90-677, 1991 WL 156571 (D.

Minn. Aug. 1, 1991).


FURTHER AFFIANT SAYETH NOT

_____
Eric L. Yaffe

Sworn to before me this 18th
day of September, 2006.

_____
Notary Public

Candace M. Fitch
Notary Public, District of Columbia
My Commission Expires 5/14/2011

GP:2002123 v1