UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NET RESULTS GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:06CV01000 (CKK) |
| | ) | Case Type: Contract |
| v. | ) | |
| | ) | |
| TRAVELERS EXPRESS COMPANY, INC., | ) | |
| t/a MONEYGRAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant's Motion to Dismiss, Plaintiff's opposition thereto, and the record herein; it is by the Court, this ___ day of _____, 2006,

ORDERED, that Defendant's Motion to Dismiss is GRANTED without prejudice.

_____
United States District Judge

GP:2003256 v1