UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NET RESULTS GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAVELERS EXPRESS COMPANY, INC., )<br>t/a MONEYGRAM, )<br>)<br>Defendant. )<br>) | Case No. 1:06CV01000 (CKK)<br>Case Type: Contract |

**DEFENDANT'S APPLICATION TO
TREAT DEFENDANT'S MOTION TO DISMISS AS CONCEDED**

On September 19, 2006, Defendant Travelers Express Company, Inc., t/a MoneyGram, through its counsel, moved to dismiss this action on the grounds of improper venue or forum non conveniens, and insufficient service of process. To date, Plaintiff has failed to file or serve a memorandum opposing the motion to dismiss.

Local Rule of Civil Procedure 7(b) provides that an opposing party has 11 days to file a memorandum in opposition to the motion and, if such party fails to do so, the Court may treat the motion as conceded. Because Plaintiff has failed to file or serve a memorandum in opposition, Defendant respectfully requests that its motion to dismiss be treated as conceded.

                                      Respectfully submitted,

Dated: November 3, 2006.          By /s/ Eric L. Yaffe
                                                  Eric L. Yaffe (#439750)
                                                  GRAY, PLANT, MOOTY
                                                  MOOTY & BENNETT, P.A.
                                                  2600 Virginia Avenue, Northwest
                                                  Suite 1111
                                                  Washington, DC 20037
                                                  Telephone:    (202) 295-2200
                                                  Facsimile:    (202) 295-2250

Kathryn J. Bergstrom (MN#218431)
GRAY, PLANT, MOOTY
MOOTY & BENNETT, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3015

ATTORNEYS FOR DEFENDANT

**PROOF OF SERVICE**

I hereby certify that on this 3rd day of November, 2006, a copy of the foregoing Defendant's Application to Treat Defendant's Motion to Dismiss as Conceded was sent via first-class mail, postage prepaid, upon:

Richard O. Wolf
Moore & Lee, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225

Attorney for Plaintiff

/s/ Eric L. Yaffe_____