UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NET RESULTS GROUP, INC.,<br>     Plaintiff,<br><br>     v.<br><br>TRAVELERS EXPRESS COMPANY, INC.,<br>t/a MONEYGRAM,<br><br>     Defendant. | Civil Action No. 06-1000 (CKK) |

# ORDER

Defendant Travelers Express Company, Inc., t/a MoneyGram, moved to dismiss this action on September 19, 2006.  To date, Plaintiff has failed to file or serve a memorandum opposing the motion to dismiss.  As a result, it is, this 6th day of November, 2006, hereby

**ORDERED** that the [5] Defendant's Motion to Dismiss shall be treated as conceded pursuant to LCvR 7(b); it is also further

**ORDERED** that the above-captioned case shall be DISMISSED without prejudice.

**SO ORDERED**.

*This is a final, appealable order.*

             /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge